# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **CURTIS PENDEGRAFT,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL NO.   3:15-cv-816-NJR-DGW** |
| | ) | |
| **ALBERTO BUTILAID, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### MEMORANDUM AND ORDER

**WILKERSON, Magistrate Judge:**

This matter is before on the Motion for Leave to Resign Appointment filed by David S. Rosenbloom on August 28, 2015 (Doc. 28).  The Motion is **GRANTED**.  Mr. Rosenbloom representation of Plaintiff is hereby **TERMINATED** and Attorney Melanie R. King of the firm Armstrong Teasdale LLP-St. Louis is hereby **APPOINTED** to represent Plaintiff in this Court only.[1]  Attorney Melanie R. King is encouraged to share her responsibilities with an associate who is also admitted to practice in this district court.   Attorney King shall enter her appearance on or before **September 30, 2015.**

Plaintiff is again cautioned to consult with his counsel in this matter and to understand that it is Ms. King who is the legal professional in this relationship.  Without commenting on the validity of the matter in litigation, counsel is reminded and plaintiff is advised that counsel, even though appointed by the Court, has an obligation under the rules to refrain from filing frivolous

---

[1]   The Local Rules of the Southern District of Illinois direct that every member of the bar of this Court "shall be available for appointment by the Court to represent or assist in the representation of those who cannot afford to hire an attorney."   SDIL-LR 83.1(i).

pleadings. As a consequence, counsel will likely, from time to time, advise Plaintiff against taking

a certain course of action. While Plaintiff may not totally agree with counsel's advice, he should

realize that, in the long run, such advice will be in his best interest because it is in compliance with

the law. Also, counsel may advise Plaintiff to pursue additional claims or to abandon certain

existing claims.

Counsel, of course, maintains an ethical obligation to fully and vigorously represent his

client, but only to the extent that it does not impede his ethical obligation to follow the rules of the

Court and the law. If Plaintiff wants to be represented by counsel, he will have to cooperate fully

with counsel. **The Court will not accept any filings from Plaintiff individually while he is**

**represented by counsel**, except a pleading that asks that he be allowed to have counsel withdraw

from representation.   If counsel is allowed to withdraw at the request of Plaintiff, it is unlikely the

Court will appoint other counsel to represent him.

Because Plaintiff is proceeding *in forma pauperis*, if there is a monetary recovery in this

case (either by verdict or settlement), **any unpaid out-of-pocket costs must be paid from the**

**proceeds**.   *See* SDIL-LR 3.1(c)(1).   If there is no recovery in the case (or the costs exceed any

recovery), the Court has the discretion reimburse expenses. The funds available for this purpose

are limited, and counsel should use the utmost care when incurring out-of-pocket costs.   In no

event will funds be reimbursed if the expenditure is found to be without a proper basis.   The Court

has no authority to pay attorney's fees in this case.   **Counsel is encouraged to enter into a fee**

**contract with Plaintiff to address both the payment of attorney's fees and costs should**

**Plaintiff prevail**.

Finally, counsel is informed that Plaintiff is currently incarcerated by the Illinois

Department of Corrections at the Shawnee Correctional Center.   Information about the facility is available at www.idoc.state.il.us.   Counsel may use the Illinois Department of Corrections' videoconferencing system to confer with Plaintiff.   The Court asks the Assistant Attorney General assigned to this case to facilitate those arrangements.

This matter is **SET** for a telephonic status conference on **October 14, 2015 at 2:00 p.m.** Defendant to initiate the conference call.   The Court's conference number is 618-482-9004. Parties should be prepared to discuss the schedule in this matter.

The Clerk of Court is **DIRECTED** to send a copy of this Order and the standard letter concerning appointment of counsel to Attorney King immediately.

**IT IS SO ORDERED.**

DATED: September 16, 2015

**DONALD G. WILKERSON**
**United States Magistrate Judge**